NO. 07-11-0304-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL C

NOVEMBER 22, 2011
_____

In the Interest of R.J.N., a Child
_____

FROM THE COUNTY COURT AT LAW NO. 2 OF POTTER COUNTY;

NO. 74,146-2; HON. PAMELA COOK SIRMON, PRESIDING
_____

*On Motion to Dismiss*
_____

Before QUINN, C.J., and HANCOCK and PIRTLE, JJ.

Appellant Robert Salazar, Jr. has filed a motion to dismiss his appeal, signed by appellant, because he no longer desires to prosecute it. Without passing on the merits of the case, we grant the motion to dismiss pursuant to Texas Rule of Appellate Procedure 42.2(a) and dismiss the appeal. Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

Per Curiam